UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00056-JRS-TAB |
| | ) | |
| MICHAEL BONNER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation**

The Magistrate Judge's Report and Recommendation, (ECF No. 27), is **adopted** and the Court finds that Defendant violated conditions of supervised release as noted in the Report and Recommendation and that his supervised release should be revoked.  Defendant is sentenced to the custody of the Attorney General or her designee for a period of 17 months with no supervised release to follow.

SO ORDERED.

Date: 3/11/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

U.S. Probation

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY
DEFENDERS bill.dazey@fd.org

Patrick Gibson
DOJ-USAO
patrick.gibson@usdoj.gov